# EXHIBIT C

Case 2:21-cv-03802-MMB   Document 1-3   Filed 08/25/21   Page 2 of 4

Name: Christopher A. McNaughton I DOB: 6/11/1991 I MRN: 9-038-554 I PCP:

# Letter Details



200 First Street SW
Rochester, Minnesota 55905

507-284-2511
mayoclinic.org

May 19, 2021
RE: Christopher A. McNaughton
MC#: 9-038-554
DOB: 6/11/1991

To Whom It May Concern:

Christopher McNaughton is a patient under my care at Mayo Clinic in Rochester, Minnesota.  I have been managing his ulcerative colitis for the past 7 years.  His disease has been severe and difficult to treat.

Chris has a 7-year history of refractory ulcerative colitis, and he had been steroid-dependent despite multiple medications.  He is currently on an intensive regimen of Entyvio, Remicade, azathioprine, allopurinol, mesalamine suppositories, and budesonide foam.  With this regimen, Chris is in clinical remission from his ulcerative colitis.

It is therefore my strong recommendation that Chris continue with his current treatment regimen of Remicade 20mg/kg every 4 weeks and Entyvio

600 mg every 4 weeks.  The combination of Remicade 20 mg/kg every 4 weeks and Entyvio 600 mg every 4 weeks has been crucial in allowing him to finally taper off high dose prednisone after 5 years, and avoid the substantial side effects that come with long term prednisone use. This treatment protocol has helped Chris to achieve and maintain his current level of health and avoid frequent and recurring hospitalizations as well as extraintestinal manifestations. The combination of Remicade 20 mg/kg every 4 weeks and Entyvio 600 mg every 4 weeks was arrived upon after Chris failed numerous other treatments over a 5 year period. If Chris were to do the regimen suggested by United Healthcare (Remicade 5 mg/kg every 8 weeks and Entyvio 300 mg every 8 weeks), it would have serious detrimental effects on both his short term and long term health and could potentially involve life threatening complications. This would ultimately incur far greater medical costs. Chris was on the doses suggested by United Healthcare before, and they were not at all effective.

To reiterate, it is my strong recommendation that Chris continue with his current treatment regimen of Remicade 20mg/kg every 4 weeks and Entyvio 600 mg every 4 weeks.

Feel free to contact me if you have any questions or require additional information.

Sincerely,

Edward V. Loftus, Jr., MD, FACP, FACG, AGAF
Professor of Medicine
Mayo Clinic College of Medicine
Director, Inflammatory Bowel Disease Interest Group
Division of Gastroenterology and Hepatology
Mayo Clinic
Rochester, Minnesota

Case 2:21-cv-03802-MMB   Document 1-3   Filed 08/25/21   Page 4 of 4

*This letter was initially viewed by Christopher A. McNaughton on 5/19/2021 2:46 PM.*