EXHIBIT D



**Student** Resources
P.O. Box 809025
Dallas, TX 75380-9025
1-800-767-0700

June 04, 2021

Christopher Mcnaughton
229 Woodland Dr.
State Colleg, PA   16803

Insured:            Christopher Mcnaughton
Insured DOB:        06/11/1991
Claim#:             20124734-01
SRID#:              8250035
Policy:             20-3694-01
Legal Entity:       United Healthcare Insurance Company


Dear Christopher McNaughton:

This is to acknowledge your request for consideration of coverage for your medications, J1745-Remicade 20mg/kg every four weeks and J3380-Entyvio 600mg every four weeks for the 2021-2022 policy term.

As previously communicated to you, your medical records were reviewed to determine whether the medication you have been prescribed is medically necessary. The records have been reviewed three times and the medical reviewers have concluded that the medication as prescribed does not meet the Medical Necessity requirement of the plan. In addition, a peer-to-peer review was conducted between your physician and a medical expert representing our company. Our medical representative determined that use of Remicade and Entyvio together is supported in this case. However, it was also determined that the prescribed dosages for the two drugs are not established when using a dual biologic therapy. The concern from the reviewers is the safety of the prescribed dosage and frequency.

In accordance with the conclusions of the reviewers, the two prescribed medications, Remicade and Entyvio, will not be covered at the prescribed dosage under the Penn State Student plan for the 2021-2022 academic year. Please understand that the reviews have been conducted in advance of you enrolling in the 2021-2022 Penn State student plan to give you an opportunity to make an informed decision about your health insurance coverage for the upcoming academic year.

Please note this is not a treatment decision. Treatment decisions are made between you and your physician. This is a denial for benefits under the plan for the prescribed treatment.

An insured person or their authorized representative may have the right to have this decision review by healthcare professionals who have no association with us when the treatment in question:

1.      Is a covered medical expense under the policy; and
2.      Is not covered because it does not meet the Company's requirements for medical necessity, appropriateness, healthcare setting, level of care, effectiveness or the treatment is determined to be experimental or investigational.

You have the right to have this decision reviewed by an external independent third party who has no association with us. You or your authorized representative, such as a family member or physician, may request this external review as you have exhausted the internal appeal process.

The insured person or their authorized representative has four (4) months to request an external review of

This letter (including any attachments) contains confidential information intended for a specific individual and purpose, and its content is protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this transmission, or taking any action based on it, is strictly prohibited.

this final determination. The request for an external review should be made in writing to the Company. When filing a request for an external review you will be required to authorize the release of medical records. If requesting an external review, complete and return the enclosed form along with your written request to:

Claims Appeals
UnitedHealthcare Student Resources
P.O. Box 809025
Dallas, Texas 75380-9025

An insured person or their authorized representative may submit a request for an expedited external review if one of the following applies:
•   If the insured person has a medical condition where the time-frame for completion of an expedited internal review or a standard external review would seriously jeopardize the life or health, or jeopardize the insured person's ability to regain maximum function.
•   If the denial of coverage is based on a determination that the recommended or requested service or treatment is experimental or investigational and the treating physician certifies in writing that any delay may pose an imminent threat to the insured person's health.
•   If the denial of coverage involves an admission, availability of care, continued stay, or health care service for an insured person who has received emergency services, but has not been discharged from a facility.

An expedited external review may not be provided for retrospective adverse determinations

There may be other resources available to help understand the appeals process. For questions about appeal rights or an adverse benefit determination, the state department of insurance may be able to assist at:

Pennsylvania Insurance Department
Consumer Services
1209 Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-2317
(877) 881-6388
Website: www.insurance.pa.gov

In addition, and under limited circumstances, a request for an expedited external review may be requested. For details, contact our Customer Service Department at 800-767-0700.


Sincerely,

Lisa Dealy
Manager of Appeals and Reviews
**Student** Resources

Enclosures:   Language Assistance Program (Insured/Member Only )
              Non Discrimination Notice (Insured/Member Only)
              External Review Request Form
              Pennsylvania Appeal Rights


Cc: Christopher Mcnaughton



LD/Vk

This letter (including any attachments) contains confidential information intended for a specific individual and purpose, and its content is protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this transmission, or taking any action based on it, is strictly prohibited.
211559200135

SPANISH ( Español):  Para obtener asistencia en Español, llame al 1-866-260-2723
TAGALOG  (Tagalog):    Kung  kailangan  ninyo  ang  tulong  sa  Tagalog  tumawag  sa  1-866-260-2723.
CHINESE ( 中文):  如果需要中文的帮助，请拨打这个号码1-866-260-2723 。
NAVAJO (Dine):  Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' 1-866-260-2723

This letter (including any attachments) contains confidential information intended for a specific individual and purpose, and its content is protected by law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this transmission, or taking any action based on it, is strictly prohibited.

211559200135

# REQUEST FOR EXTERNAL REVIEW

Thi Externa Revie Reques For mus b file withi fou (4 month afte you receip o a denia o payment on a claim or a request for coverage of a health care service or treatment.

**Return Request to:**
UnitedHealthcare StudentResources
Attention: Claims Appeals
P.O. Box 809025
Dallas, TX 75380-9025
Phone: 1-800-767-0700

## APPLICANT NAME

Applicant Name:

Applicant Address:
    Street    City    State    Zip

Applicant is: _____ Insured Person/Patient

_____ Provider

_____ Authorized Representative

## INSURED PERSON / PATIENT INFORMATION

Insured Person's Name:

Patient's Name (of other than Insured Person):

Insured Person's Address:
    Street    City    State    Zip

Insured Person's Phone Number: (\_\_\_\_\_)    (\_\_\_\_\_)
    Home    cell

## INSURANCE INFORMATION (from the Insured Person's ID card)

Insurance Company's Name:

Insurance Company's Address:
    Street    City    State    Zip

Insurance Company's Phone Number: (\_\_\_\_\_)

Insured Person's ID Number:

Insurance Claim / Reference Number:

## HEALTH CARE PROVIDER INFORMATION (Treating Physician or Health Care Facility)

Name of Health Care Provider:

Address of Health Care Provider:
    Street    City    State    Zip

Contact Person:    Phone Number: (\_\_\_\_\_)

Medical Record Number:

**REASON FOR INSURANCE COMPANY DENIAL (Please check one)**

_____ The health care service or treatment is not medically necessary.

_____ The health care service or treatment is experimental or investigational.

_____ Other:

**Summary of External Review Request:**  Provide a brief description of the claim, the request for health care service or treatment that was denied, and/or attach a copy of the denial from your insurance company.

**EXPEDITED REVIEW**

**If you need a fast decision**, you may request that your external appeal be handled on an expedited basis.  To complete this request, your treating health care provider must fill out the attached form stating that a delay would seriously jeopardize the life or health of the patient or would jeopardize the patient's ability to regain maximum function.

Is this a request for an expedited appeal?        _____ Yes             _____ No

**SIGNATURE AND RELEASE OF MEDICAL RECORDS**

To appeal your insurer's denial, you must sign and date this external review request form and consent to the release of medical records.

I, _____, hereby request an external appeal.  I attest that the information provided in this application is true and accurate to the best of my knowledge.  I authorize my insurance company and my health care providers to release all relevant medical or treatment records to the independent review organization.  I understand that the independent review organization will use this information to make a determination on my external appeal and that the information will be kept confidential and not be release to anyone else.  This release is valid for one year.

Signature of Insured Person (or Legal Representative):

Relationship of Legal Representative:      Parent       Guardian        Conservator       Other
                                                                                                                                          **Specify**

**APPOINTMENT OF AUTHORIZED REPRESENTATIVE**
(Complete this section only if someone else will be representing you in this appeal.)

You can represent yourself, or you may ask another person, including your treating health care provider, to act as your authorized representative.  You may revoke this authorization at any time.

I hereby authorize _____ to pursue my appeal on my behalf.

Signature of Insured Person (or Legal Representative):

Date Signed:

Authorized Representative's Address: _____
                                                                    Street                                             City                  State           Zip

Authorized Representative's Phone Number:   Daytime ( \_\_\_ ) _____            Evening ( \_\_\_ ) _____

**HEALTH CARE SERVICE OR TREATMENT DECISION IN DISPUTE**

Describe in your own words the disagreement with your Insurance Company. Indicate clearly the service(s) being denied and the specific date(s) being denied. Explain why you disagree. Attach additional page if necessary and include available pertinent medical records, any information you received from your Insurance Company concerning the denial, any pertinent peer literature or clinical studies, and any additional information from your Physician/Health Care Provider that you want the Independent Review Organization reviewer to consider.

**WHAT TO SEND AND WHERE TO SEND IT**

**PLEASE CHECK BELOW. (NOTE: YOUR REQUEST WILL NOT BE ACCEPTED FOR FULL REVIEW UNLESS ALL Three (3) ITEMS BELOW ARE INCLUDED.)**

1. **YES,** I have included this completed application form signed and dated.

2. **YES,** I have included a photocopy of my insurance identification card or other evidence showing that I am insured by the Insurance Company named in this application.

3. **YES,** I have enclosed the letter from my Insurance Company.

Call the Customer Service Department at 800-767-0700 if you need help in completing this application or if you do not have one or more of the above items and would like information on alternative ways to complete your request for external review.

211559200135

**LANGUAGE ASSISTANCE PROGRAM**

**We provide free services to help you communicate with us, such as, letters in other languages or large print. Or, you can ask for free language services such as speaking with an interpreter. To ask for help, please call toll-free 1-866-260-2723, Monday through Friday, 8 a.m. to 8 p.m. ET.**

**English**
Language assistance services are available to you free of charge. Please call 1-866-260-2723.

**Albanian**
Shërbimet e ndihmës në gjuhën amtare ofrohen falas. Ju lutemi telefononi në numrin 1-866-260-2723.

**Amharic**
የቋንቋ እርዳታ አገልግሎቶች በነጻ ይገኛሉ። አባክም ወደ 1-866-260-2723 ይደውሉ።

**Arabic**
تتوفر لك خدمات المساعدة اللغوية مجانًا. اتصل على الرقم 1-866-260-2723.

**Armenian**
Ձեզ մատուցելի են անվճար լեզվական օգնության ծառայություններ: Խնդրում ենք զանգահարել 1-866-260-2723 համարով:

**Bantu- Kirundi**
Uronswa ku buntu serivisi zifatiye ku rurimi zo kugufasha. Utegerezwa guhamagara 1-866-260-2723.

**Bisayan- Visayan (Cebuano)**
Magamit nimo ang mga serbisyo sa tabang sa lengguwahe nga walay bayad. Palihug tawag sa 1-866-260-2723.

**Bengali- Bangala**
ঘোষণা : ভাষা সহায়তা পরিষেবা আপনি বিনামূল্যে পেতে পারেন। দয়া করে 1-866-260-2723–তে কল করুন।

**Burmese**
ဘာသာစကား အကူအညီ ဝန်ဆောင်မှုများ သင့် အတွက် အခမဲ့ရရှိနိုင်သည်။ ကျေးဇူးပြု၍ ဖုန်း 1-866-260-2723 ကိုခေါ်ပါ။

**Cambodian- Mon-Khmer**
សេវាជំនួយផ្នែកភាសាដែលឥតគិតថ្លៃ មានសម្រាប់អ្នក។ សូមទូរស័ព្ទទៅលេខ 1-866-260-2723។

**Cherokee**
ᏓᏕᏲᎲᏍᎩ ᎤᏕᏲᏒᎢᎯ ᎤᏕᎢᏙᎢᎬ ᎬᎠ ᎡᎨᏬᎤᎫᎠᏕᏓᎢᏗᏄ ᏂᎡᎬᎬᎯᎴ D4ᎾT. ᎨᎬᏬ DᏐ ᎾᏔᏫᎯᏍ 1-866-260-2723.

**Chinese**
您可以免費獲得語言援助服務。請致電 1-866-260-2723。

**Choctaw**
Chahta anumpa ish anumpuli hokmvt tohsholi yvt peh pilla ho chi apela hinla. I paya 1-866-260-2723.

**Cushite- Oromo**
Tajaajilliwwan gargaarsa afaanii kanfalttii malee siif jira. Maaloo karaa lakkoofsa bilbilaa 1-866-260-2723 bilbili.

**Dutch**
Taalbijstandsdiensten zijn gratis voor u beschikbaar. Gelieve 1-866-260-2723 op te bellen.

**French**
Des services d'aide linguistique vous sont proposés gratuitement. Appelez le 1-866-260-2723.

**French Creole- Haitian Creole**
Gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-866-260-2723.

**German**
Sprachliche Hilfsdienstleistungen stehen Ihnen kostenlos zur Verfügung. Bitte rufen Sie an unter: 1-866-260-2723.

**Greek**
Οι υπηρεσίες γλωσσικής βοήθειας σας διατίθενται δωρεάν. Καλέστε το 1-866-260-2723.

**Gujarati**
ભાષા સહાય સેવાઓ તમારા માટે નિઃશુલ્ક ઉપલબ્ધ છે. કૃપા કરીને 1-866-260-2723 પર કોલ કરો.

**Hawaiian**
Kōkua manuahi ma kāu ʻōlelo i loaʻa ʻia. E kelepona i ka helu 1-866-260-2723.

**Hindi**
आप के लिए भाषा सहायता सेवाएं निःशुल्क उपलब्ध हैं। कृपया 1-866-260-2723 पर कॉल करें।

**Hmong**
Muaj cov kev pab txhais lus pub dawb rau koj. Thov hu rau 1-866-260-2723.

**Ibo**
Enyemaka na-ahazi asụsụ, bu n'efu, dịrị gị. Kpọọ 1-866-260-2723.

**Ilocano**
Adda awan bayadna a serbisio para iti language assistance. Pangngaasim ta tawagam ti 1-866-260-2723.

**Indonesian**
Layanan bantuan bahasa bebas biaya tersedia untuk Anda. Harap hubungi 1-866-260-2723.

**Italian**
Sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero 1-866-260-2723.

**Japanese**
無料の言語支援サービスをご利用いただけます。1-866-260-2723 までお電話ください。

**Karen**
ကျိာ်တၢ်မၤစၢၤအဂီၢ်န့ၣ်မ့ၢ်အိၣ်သ့ဝဲလၢတလိၣ်ဟ့ၣ်အပှ့ၤဘၣ်(ခီလီ)န့ၣ်လီၤ. ဝံသးစူၤခဲးကျိၤးဘၣ်1-866-260-2723တက့ၢ်.

**Korean**
언어 지원 서비스를 무료로 이용하실 수 있습니다. 1-866-260-2723 번으로 전화하십시오.

**Kru- Bassa**
Bot ba hola ni kobol mahop ngui nsaa wogui wo ba yé ha i nyuu yoŋ. Sebel i nsinga ini 1-866-260-2723.

**Kurdish Sorani**
خزمەتەکانی یارمەتیی زمانی بەخۆڕایی بۆ تۆ دابین دەکرێن. تکایە تەلەفۆن بکە بۆ ژمارەی 1-866-260-2723.

**Laotian**
ມີບໍລິການຊ່ວຍດ້ານພາສານາບໍ່ເສຍຄ່າໃຫ້ແກ່ທ່ານ. กะลุนาโฑຫາເບີ 1-866-260-2723.

SR LAP 64 (6-18)

211559200135

**Marathi**
भाषेच्या मदतीची सुविधा आपल्याला विनामूल्य उपलब्ध आहे.
त्यासाठी 1-866-260-2723 या क्रमांकावर संपर्क करा.

**Marshallese**
Kwomaroñ bōk jerbal in jipañ in kajin ilo ejjeḷọk wōṇāān. Jouj im kaḷọk 1-866-260-2723.

**Micronesian- Pohnpeian**
Mie sawas en mahsen ong komwi, soh isepe. Melau eker 1-866-260-2723.

**Navajo**
Saad bee áka'e'eyeed bee áka'nída'wo'ígíí t'áá jíík'eh bee nich'į' bee ná'ahoot'i'. T'áá shọọdí kohjį' 1-866-260-2723 hodíilnih.

**Nepali**
भाषा सहायता सेवाहरू निःशुल्क उपलब्ध छन्। कृपया 1-866-260-2723 मा कल गर्नुहोस्।

**Nilotic-Dinka**
Käk ë kuny ajuɛɛr ë thok atɔ̈ tënë yïn abac të cïn wëu yeke thiëëc. Yïn cɔl 1-866-260-2723.

**Norwegian**
Du kan få gratis språkhjelp. Ring 1-866-260-2723.

**Pennsylvania Dutch**
Schprooch iwwesetze Hilf kannscht du frei hawwe. Ruf 1-866-260-2723.

**Persian-Farsi**
خدمات امداد زبانی به طور رایگان در اختیار شما می باشد. لطفاً با شماره 1-866-260-2723 تماس بگیرید.

**Polish**
Możesz skorzystać z bezpłatnej pomocy językowej. Zadzwoń pod numer 1-866-260-2723.

**Portuguese**
Oferecemos serviço gratuito de assistência de idioma. Ligue para 1-866-260-2723.

**Punjabi**
ਭਾਸ਼ਾ ਸਹਾਇਤਾ ਸੇਵਾਵਾਂ ਤੁਹਾਡੇ ਲਈ ਮੁਫਤ ਉਪਲਬਧ ਹਨ। ਕਿਰਪਾ ਕਰਕੇ 1-866-260-2723 'ਤੇ ਕਾਲ ਕਰੋ।

**Romanian**
Vi se pun la dispoziție, în mod gratuit, servicii de traducere. Vă rugăm să sunați la 1-866-260-2723.

**Russian**
Языковые услуги предоставляются вам бесплатно. Звоните по телефону 1-866-260-2723.

**Samoan- Fa'asamoa**
O loo maua fesoasoani mo gagana mo oe ma e lē totogia. Faamolemole telefoni le 1-866-260-2723.

**Serbo- Croatian**
Možete besplatno koristiti usluge prevodioca. Molimo nazovite 1-866-260-2723.

**Somali**
Adeegyada taageerada luqadda oo bilaash ah ayaa la heli karaa. Fadlan wac 1-866-260-2723.

**Spanish**
Hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al 1-866-260-2723.

**Sudanic- Fulfulde**
E woodi walliinde dow wolde caahu ngam maaɗa. Noodu 1-866-260-2723.

**Swahili**
Huduma za msaada wa lugha zinapatikana kwa ajili yako bure. Tafadhali piga simu 1-866-260-2723.

**Syriac- Assyrian**
ܚܕܡܬܐ ܕܗܝܪܬܐ ܕܠܫܢܐ ܡܬܟܡܒܠܐ ܐܒܠ ܕܝܟ ܠܠܚܡܐ ܚܝܢܝܘܦܝܐ ܗܦܚ ܒܠ ܚܬܢܟ 1-866-260-2723.

**Tagalog**
Ang mga serbisyo ng tulong sa wika ay available para sa iyo ng walang bayad. Mangyaring tumawag sa 1-866-260-2723.

**Telugu**
లాంగ్వేజ్ అసిస్టెంట్ సర్వీసెస్ మీకు ఉచితంగా అందుబాటులో ఉన్నాయి.
దయ చేసి 1-866-260-2723 కి కాల్ చేయండి.

**Thai**
มีบริการความช่วยเหลือด้านภาษาให้โดยที่คุณไม่ต้องเสียค่าใช้จ่ายแต่อย่างใด โปรดโทรศัพท์ถึงหมายเลข 1-866-260-2733

**Tongan- Fakatonga**
'Oku 'i ai pē 'a e sēvesi ki he lea´ ke tokoni kiate koe pea 'oku 'atā ia ma'au 'o 'ikai ha totongi. Kātaki 'o tā ki he 1-866-260-2723.

**Trukese (Chuukese)**
En mei tongeni angei aninisin emon chon chiakku, ese kamo. Kose mochen kopwe kokkori 1-866-260-2723.

**Turkish**
Dil yardım hizmetleri size ücretsiz olarak sunulmaktadır. Lütfen 1-866-260-2723 numarayı arayınız.

**Ukrainian**
Послуги перекладу надаються вам безкоштовно. Дзвоніть за номером 1-866-260-2723.

**Urdu**
زبان کے حوالے سے معاونتی خدمات آپ کے لیے بلامعاوضہ دستیاب ہیں۔
براہ مہربانی 1-866-260-2723 پر کال کریں۔

**Vietnamese**
Dịch vụ hỗ trợ ngôn ngữ, miễn phí, dành cho quý vị. Xin vui lòng gọi 1-866-260-2723.

**Yiddish**
שפראך הילף סערוויסעס זענען אווילעבל פאר אייך פריי פון אפצאל. ביטע רופט 1-866-260-2723.

**Yoruba**
Iṣẹ́ ìrànlọ́wọ́ èdè tí ó jẹ́ ọ̀fẹ́, wà fún ọ. Pe 1-866-260-2723.

## NON-DISCRIMINATION NOTICE

UnitedHealthcare StudentResources does not treat members differently because of sex, age, race, color, disability or national origin.

If you think you were treated unfairly because of your sex, age, race, color, disability or national origin, you can send a complaint to:

> Civil Rights Coordinator
> United HealthCare Civil Rights Grievance
> P.O. Box 30608
> Salt Lake City, UTAH 84130
> UHC_Civil_Rights@uhc.com

You must send the written complaint within 60 days of when you found out about it.  A decision will be sent to you within 30 days.  If you disagree with the decision, you have 15 days to ask us to look at it again.

If you need help with your complaint, please call the toll-free member phone number listed on your health plan ID card, Monday through Friday, 8 a.m. to 8 p.m. ET.

You can also file a complaint with the U.S. Dept. of Health and Human Services.

> **Online**  https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
>
> Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
>
> **Phone:** Toll-free **1-800-368-1019, 800-537-7697** (TDD)
>
> **Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We also provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for free language services such as speaking with an interpreter. To ask for help, please call the toll-free member phone number listed on your health plan ID card, Monday through Friday, 8 a.m. to 8 p.m. ET.

NDLAP-FO-001 (1-17)

211559200135

# REQUEST FOR EXTERNAL REVIEW

**This External Review Request Form must be filed within four (4) months after your receipt of a denial of payment on a claim or a request for coverage of a health care service or treatment.**

**Return Request to:**
UnitedHealthcare StudentResources
Attention: Claims Appeals
P.O. Box 809025
Dallas, TX 75380-9025
Phone: 1-800-767-0700

## APPLICANT NAME

Applicant Name: _____

Applicant Address: _____
                    Street         City      State    Zip

Applicant is:     _____ Insured Person/Patient

                 _____ Provider

                 _____ Authorized Representative

## INSURED PERSON / PATIENT INFORMATION

Insured Person's Name: _____

Patient's Name (of other than Insured Person): _____

Insured Person's Address: _____
                        Street         City      State    Zip

Insured Person's Phone Number: (____)_____  (____)_____
                                             Home                  cell

## INSURANCE INFORMATION (from the Insured Person's ID card)

Insurance Company's Name: _____

Insurance Company's Address: _____
                             Street        City      State    Zip

Insurance Company's Phone Number: (____)_____

Insured Person's ID Number: _____

Insurance Claim / Reference Number: _____

## HEALTH CARE PROVIDER INFORMATION (Treating Physician or Health Care Facility)

Name of Health Care Provider: _____

Address of Health Care Provider: _____
                            Street        City      State    Zip

Contact Person: _____  Phone Number: (____)_____

Medical Record Number: _____

**REASON FOR INSURANCE COMPANY DENIAL (Please check one)**

_____ The health care service or treatment is not medically necessary.

_____ The health care service or treatment is experimental or investigational.

_____ Other:

**Summary of External Review Request:** Provide a brief description of the claim, the request for health care service or treatment that was denied, and/or attach a copy of the denial from your insurance company.

**EXPEDITED REVIEW**

**If you need a fast decision**, you may request that your external appeal be handled on an expedited basis. To complete this request, your treating health care provider must fill out the attached form stating that a delay would seriously jeopardize the life or health of the patient or would jeopardize the patient's ability to regain maximum function.

Is this a request for an expedited appeal?   _____ Yes   _____ No

**SIGNATURE AND RELEASE OF MEDICAL RECORDS**

To appeal your insurer's denial, you must sign and date this external review request form and consent to the release of medical records.

I, _____, hereby request an external appeal. I attest that the information provided in this application is true and accurate to the best of my knowledge. I authorize my insurance company and my health care providers to release all relevant medical or treatment records to the independent review organization. I understand that the independent review organization will use this information to make a determination on my external appeal and that the information will be kept confidential and not be release to anyone else. This release is valid for one year.

Signature of Insured Person (or Legal Representative): _____

Relationship of Legal Representative: \_\_\_ Parent   \_\_\_ Guardian   \_\_\_ Conservator   \_\_\_ Other _____
                                                                                                    Specify

**APPOINTMENT OF AUTHORIZED REPRESENTATIVE**
(Complete this section only if someone else will be representing you in this appeal.)

You can represent yourself, or you may ask another person, including your treating health care provider, to act as your authorized representative. You may revoke this authorization at any time.

I hereby authorize _____ to pursue my appeal on my behalf.

Signature of Insured Person (or Legal Representative): _____

Date Signed: _____

Authorized Representative's Address: _____
                                                        Street                    City                State         Zip

Authorized Representative's Phone Number:   Daytime (\_\_\_)_____   Evening (\_\_\_)_____

**HEALTH CARE SERVICE OR TREATMENT DECISION IN DISPUTE**

Describe in your own words the disagreement with your Insurance Company. Indicate clearly the service(s) being denied and the specific date(s) being denied. Explain why you disagree. Attach additional page if necessary and include available pertinent medical records, any information you received from your Insurance Company concerning the denial, any pertinent peer literature or clinical studies, and any additional information from your Physician/Health Care Provider that you want the Independent Review Organization reviewer to consider.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**WHAT TO SEND AND WHERE TO SEND IT**

**PLEASE CHECK BELOW. (NOTE: YOUR REQUEST WILL NOT BE ACCEPTED FOR FULL REVIEW UNLESS ALL Three (3) ITEMS BELOW ARE INCLUDED.)**

1. ____ **YES,** I have included this completed application form signed and dated.

2. ____ **YES,** I have included a photocopy of my insurance identification card or other evidence showing that I am insured by the Insurance Company named in this application.

3. ____ **YES,** I have enclosed the letter from my Insurance Company.

Call the Customer Service Department at 800-767-0700 if you need help in completing this application or if you do not have one or more of the above items and would like information on alternative ways to complete your request for external review.

211559200135

**Explanation of Benefits**
**Pennsylvania**

You or your authorized representative, such as a family member or physician, may request an internal appeal of this determination. The request for an internal appeal must be made within 180 days from the date you receive this statement. Please call our Customer Service Department at 800-767-0700 if you have any questions regarding this determination or to begin the appeal process. Please send your written request for an internal appeal, along with any written comments, documents, records or other material relevant to the claim, to: UnitedHealthcare/StudentResource, PO Box 809025, Dallas TX  75380-9025.

You may also request copies, free of charge, of information relevant to your claim by contacting us at the address shown above.

If you need diagnosis and/or treatment code information related to this claim, please call the number shown on your ID card or the Customer Service Department at the number shown above.

You may request, free of charge, a copy of the internal rule, guideline or protocol, or an explanation of the scientific basis and/or clinical judgment we relied upon in making this decision regarding your claim.

You may have the right to have this decision reviewed by an external independent third party who has no association with us. This external review right is available after the internal appeal process is completed. In addition, and under limited circumstances, a request for an expedited external review may be requested at the same time you submit an internal appeal request. For details, contact our Customer Service Department at 800-767-0700.

There may be other resources available to help you understand the appeals process. For questions about your appeal rights or an adverse benefit determination, the Pennsylvania Department of Insurance may be able to assist you at:

Pennsylvania Department of Insurance
1209 Strawberry Square
Harrisburg, Pennsylvania  17120
(877) 881-6388
www.insurance.pa.gov

SPANISH (Español):  Para obtener asistencia en Español, llame al 800-767-0700
TAGALOG (Tagalog): Kung kailangan ninyo ang tulong sa Tagalog tumawag sa 800-767-0700.
CHINESE (中文): 如果需要中文的帮助，请拨打这个号码 800-767-0700.
NAVAJO (Dine): Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' 800-767-0700.