# EXHIBIT E



**MAYO CLINIC**
200 First Street SW
Rochester, Minnesota 55905

507-284-2511
mayoclinic.org

June 7, 2021
RE: Christopher A. McNaughton
MC#: 9-038-554
DOB: 6/11/1991

To Whom It May Concern:

The statements from United Healthcare/First Risk Advisors contained in the email from Dave Opperman (President First Risk Advisors) dated Friday May 14, 2021, are an inaccurate account of the Peer-to-Peer Review that took place Wednesday May 12, 2021. I did not agree that Chris' current treatment regimen was "not appropriate," and I did not agree to "titrate him down." As detailed in my letter dated May 19, 2021, I strongly recommend that Chris continue with his current regimen of Remicade 20 mg/kg every 4 weeks and Entyvio 600 mg every 4 weeks. I emphasized this during the Peer-to-Peer Review. What United Healthcare/First Risk Advisors is alleging is an inaccurate representation of what took place during the Peer-to-Peer Review.

Feel free to contact me if you require additional information.

Sincerely,

*Edward V. Loftus MD*

Edward V. Loftus, Jr., MD, FACP, FACG, AGAF
Professor of Medicine
Mayo Clinic College of Medicine
Co-Director, Advanced IBD Fellowship Program
Division of Gastroenterology and Hepatology
Mayo Clinic
Rochester, Minnesota
USA
Phone: 1-507-266-0873
Fax: 1-507-284-0538