IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, | : <br> : <br> : CIVIL ACTION <br> : <br> : <br> : No. 2:21-cv-03802 <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | |
| UNITEDHEALTHCARE INSURANCE COMPANY, and <br> UNITED HEALTHCARE, INC., | |
| Defendants. | |

**ENTRY OF APPEARANCE**

**TO THE CLERK**:

Kindly enter the appearance of Jeffrey A. Lutsky, Esquire, as counsel of record for Defendants, UnitedHealthcare Insurance Company and United Healthcare, Inc., in the above-captioned matter.

       */s/ Jeffrey A. Lutsky*
       Jeffrey A. Lutsky (PA ID. No. 36673)
       Stradley Ronon Stevens & Young, LLP
       2005 Market Street, Suite 2600
       Philadelphia, PA  19103-7018
       T:  215.564.8000
       F:  215.564.8120
       E:  jlutsky@stradley.com

       Attorneys for Defendants,
       UnitedHealthcare Insurance Company and
       United Healthcare, Inc.

Date: September 3, 2021

5245006

**CERTIFICATE OF SERVICE**

    I, Jeffrey A. Lutsky, hereby certify that on September 3, 2021, I caused a true and correct copy of the foregoing Entry of Appearance to be filed with the Court's ECF system, which constitutes service of process upon all counsel of record.

                                                     */s/ Jeffrey A. Lutsky*
                                                     Jeffrey A. Lutsky

Dated: September 3, 2021

5245006

5245006