IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER MCNAUGHTON, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : : | No. 2:21-cv-03802 |
| UNITEDHEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE, INC., | : : : : | |
| Defendants. | : : | |

## ENTRY OF APPEARANCE

**TO THE CLERK**:

Kindly enter the appearance of Chelsea A. Biemiller, Esquire, as counsel of record for Defendants, UnitedHealthcare Insurance Company and United Healthcare, Inc., in the above-captioned matter.

/s/ Chelsea A. Biemiller
Chelsea A. Biemiller (PA ID. No. 319615)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018
T:  215.564.8000
F:  215.564.8120
E:  cbiemiller@stradley.com

Attorneys for Defendants,
UnitedHealthcare Insurance Company and
United Healthcare, Inc.

Date: September 3, 2021

5245002

## CERTIFICATE OF SERVICE

      I, Chelsea A. Biemiller, hereby certify that on September 3, 2021, I caused a true and correct copy of the foregoing Entry of Appearance to be filed with the Court's ECF system, which constitutes service of process upon all counsel of record.

*/s/ Chelsea A. Biemiller*
Chelsea A. Biemiller

Dated: September 3, 2021

5245002

5245002