IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER McNAUGHTON | : | Civil Action |
| | : | Jury Trial Demanded |
| v. | : | |
| | : | |
| UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE, INC. | : | No.: 2:21-cv-03802-MMB |

ORDER

AND NOW, this _____ day of _____ 20<u>21</u>, it is hereby

ORDERED that the application of <u>Scott Glovsky</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.[1]

☐    DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#2:21-cv-03802-MMB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Scott Glovsky** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California | June 6, 1994 | 170477 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. District Court, Central District of California | June 6, 1994 | 170477 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_____
(Applicant's Signature)

08/25/2021
(Date)

Name of Applicant's Firm: Law Offices of Scott Glovsky, APC

Address: 343 Harvard Avenue, Claremont, CA 91711

Telephone Number: (626) 243-5598

Email Address: sglovsky@scottglovskylaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on 08/25/2021
(Date)

_____
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _Scott Glovsky_ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

_Marion Munley_ / _[signature]_ / _10/12/18_ / _46957_
(Sponsor's Name) (Sponsor's Signature) (Admission date) (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Munley Law PC
227 Penn Ave.
Scranton, PA 18503

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/25/2021_                           _[signature]_
              (Date)                              (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER MCNAUGTON | : | Civil Action |
| v. | : | Jury Trial Demanded |
| UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE, INC. | : | No.: 2:21-cv-03802-MMB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Scott Glovsky__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Jeffrey A. Lutsky, Esq.
Chelsea A. Biemiller, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market St., Ste 2600
Philadelphia, PA  19103-7018
jlutsky@stradley.com; cbiemiller@stradley.com

_____
(Signature of Attorney)
**Scott Glovsky**
(Name of Attorney)
Plaintiff Christopher McNaughton
(Name of Moving Party)
**09/09/2021**
(Date)