UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, and<br>UNITED HEALTHCARE, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.:  2:21-cv-03802-MMB<br><br>**JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-3802

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Healthcare Insurance Company c/o CT Corporation System
was received by me on *(date)* 9/2/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gary Scappini, Intake Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* United Healthcare Insurance Company on *(date)* 9/2/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/2/2021

Server's signature

Jason Douglas - individual person
Printed name and title

36 Russ Street Hartford CT 06106
Server's address

Additional information regarding attempted service, etc:
@ 12:40 pm

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER MCNAUGHTON** <br> Plaintiff/Petitioner <br> vs. <br> **UNITED HEALTHCARE INSURANCE COMPANY** <br> Defendant/Respondent | Case No.: 2:21-CV-03802-MMB <br><br> AFFIDAVIT OF SERVICE OF <br> **DISCLOSURE STATEMENT; COMPLAINT; SUMMONS** |

Received by **Jonathan DiBello**, on the **2nd day of September, 2021 at 8:56 AM** to be served upon **UnitedHealthcare, Inc. c/o The Corporation Trust Company, Registered Agent** at **Corporation Trust Center, 1209 Orange St., Wilmington, New Castle County, DE 19801**.

On the **2nd day of September, 2021 at 11:03 AM**, I, Jonathan DiBello, SERVED UnitedHealthcare, Inc. c/o The Corporation Trust Company, Registered Agent at Corporation Trust Center, 1209 Orange St., Wilmington, New Castle County, DE 19801 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Robin Banks (Intake Specialist for CT Corp)**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Robin Banks (Intake Specialist for CT Corp) who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

Service Fee Total: **$190.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____   N/A IN PA  _____   09/09/2021 _____
        Jonathan DiBello            Server ID #                Date

REF: **REF-8714810**

Page 1 of 1
Tracking #: **0075656445**

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I caused a true and correct copy of the foregoing Proof of Service to be filed with the Court's ECF system, which constitutes service upon all counsel of record.

                                                      s/John M. Mulcahey\
                                                     John M. Mulcahey, Esq.