UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, a Pennsylvania citizen,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation, UNITED HEALTHCARE, INC., a Delaware corporation,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.: 2:21-cv-03802 |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED HEARING**

AND NOW this ___ day of _____, 2021, after consideration of the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Hearing, IT IS HEREBY ORDERED AND DECREED that the Plaintiff's Motion for Preliminary Injunction is GRANTED; and it is further ORDERED that Defendants are enjoined from denying Plaintiff's treatment as prescribed by Dr. Edward Loftus; and it is further ORDERED that Defendant is enjoined from denying coverage for the Plaintiff; and it is furthered ORDERED that the Plaintiff shall post a bond of $100.00 forthwith; and it is further

ORDERED that this Order shall be valid until final disposition of this case on the merits.

BY THE COURT

_____
**United States District Judge**