UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, a Pennsylvania citizen,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation, UNITED HEALTHCARE, INC., a Delaware corporation,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.:  2:21-cv-03802 |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED HEARING**

AND NOW this ___ day of _____, 2021, after consideration of the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Hearing, IT IS HEREBY ORDERED AND DECREED that a hearing will be held on the Motion on the ___ day of _____, 2021, in the _____, Courtroom _____ at __ __.M.

BY THE COURT

_____
**United States District Judge**