UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, a Pennsylvania citizen,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation, UNITED HEALTHCARE, INC., a Delaware corporation,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.: 2:21-cv-03802 |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of Plaintiff's Motion for a temporary restraining order, a preliminary injunction and an expedited hearing, Brief in Support thereof, and two proposed Orders was served by ECF notification and Via E-Mail on the 20th day of September, 2021, upon the following:

Jeffrey A. Lutsky
Chelsea A. Biemiller
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pa 19103
E-mail - jlutsky@stradley.com
E-mail - cbiemiller@stradley.com

/s/ Katie Nealon
Katie Nealon