# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, and<br>UNITED HEALTHCARE, INC.,<br><br>Defendants | CIVIL ACTION<br><br>Case No.:  2:21-cv-03802-MMB<br><br>**JURY TRIAL DEMANDED** |

### UNCONTESTED MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED HEARING

**NOW** comes Plaintiff Christopher McNaughton, by and through his undersigned counsel, Munley Law, P.C. and file the within Uncontested Motion to Withdraw Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing, and aver as follows:

1. Plaintiff commenced the within action by Complaint filed on or about August 25, 2021.

2. On or about September 20, 2021, Plaintiff filed a Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing.

3. Plaintiff now seeks to withdraw his Motion for Temporary Restraining order, Preliminary Injunction, and Expedited Hearing.

4. Plaintiff's counsel received concurrence from Defendants' counsel, Jeffrey A. Lutsky, to withdraw the motion.

**WHEREFORE**, the Plaintiff requests this Honorable Court to grant this Motion to Withdraw Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing, as set forth in the proposed Order.

Respectfully submitted,

**Munley Law, P.C.**

BY: /s/ John Mulcahey
John Mulcahey
PA I.D. No. 74562
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, <br><br> Plaintiff, <br><br> vs. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, and <br> UNITED HEALTHCARE, INC., <br><br> Defendants | CIVIL ACTION <br><br> Case No.: 2:21-cv-03802-MMB <br><br> **JURY TRIAL DEMANDED** |

## **CERTIFICATE OF CONCURRENCE**

I, John Mulcahey, Esquire, certify that I contacted Defendants' counsel, Jeffrey A. Lutsky, regarding concurrence relative to the Motion to Withdraw Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing, and he indicated that he concurs.

Respectfully submitted,

**Munley Law, P.C.**

BY: /s/ John Mulcahey
John Mulcahey
PA I.D. No. 74562
Attorney for Plaintiff