## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, | CIVIL ACTION |
| Plaintiff, | Case No.: 2:21-cv-03802-MMB |
| vs. | |
| | **JURY TRIAL DEMANDED** |
| UNITEDHEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE, INC., | |
| Defendants | |

## ORDER

**AND NOW**, this _____ day of _____, 2021, upon

consideration of Plaintiff's Uncontested Motion to Withdraw Plaintiff's Motion for

Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing it is

hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

**BY THE COURT:**

_____
Michael M. Baylson
United States District Judge