## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, | CIVIL ACTION |
| Plaintiff, | Case No.:  2:21-cv-03802-MMB |
| vs. | |
| | **JURY TRIAL DEMANDED** |
| UNITEDHEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE, INC., | |
| Defendants | |

## <u>ENTRY OF APPEARANCE</u>

TO THE CLERK:

    Kindly enter the appearance of John M. Mulcahey, Esquire, as counsel of record for Plaintiff, Christopher McNaughton, in the above captioned action.

    MUNLEY LAW, P.C.

    By: <u>*s/ John M. Mulcahey*</u>
        John M. Mulcahey, Esq.
        Attorney for Plaintiff
        Super Ct ID # 74562

The Forum Plaza - 227 Penn Avenue
Scranton, Pa 18503
570-346-7401

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2021, I caused a true and correct copy of the foregoing Entry of Appearance to be filed with the Court's ECF system, which constitutes service upon all counsel of record.

<u>s/John M. Mulcahey</u>
John M. Mulcahey, Esq.