# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTOPHER MCNAUGHTON  v.  UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEATHCARE, INC. | CIVIL ACTION  No. 21-3802 |
|---|---|

## ORDER RE: MOTION TO DISMISS

**AND NOW**, on this 15th day of October, 2021, Plaintiffs having filed an Amended Complaint (ECF 10), it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 9) is **DENIED** as moot.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-3802 McNaughton v. United Healthcare Insurance Co\21cv3802 Order re MtD.docx