# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, | CIVIL ACTION |
| Plaintiff, | Case No.: 2:21-cv-03802-MMB |
| vs. | |
| UNITEDHEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE, INC., | **JURY TRIAL DEMANDED** |
| Defendants | |

## ORDER

**AND NOW**, this __15th__ day of _____October_____, 2021, upon consideration of Plaintiff's Uncontested Motion to Withdraw Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
Michael M. Baylson
United States District Judge