IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : No. 2:21-cv-03802 |
| | : |
| UNITEDHEALTHCARE INSURANCE COMPANY, and | : |
| UNITED HEALTHCARE, INC., | : |
| | : |
| Defendants. | : |

**STIPULATION EXTENDING TIME FOR DEFENDANTS
TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the time for Defendants, UnitedHealthcare Insurance Company and United Healthcare, Inc., to answer Plaintiff's Amended Complaint is hereby extended until and including November 2, 2021.

| | |
|---|---|
| MUNLEY LAW, PC | STRADLEY RONON STEVENS & YOUNG, LLP |
| /s/John M. Mulcahey | /s/ Jeffrey A. Lutsky |
| John M. Mulcahey, Esq. | Jeffrey A. Lutsky, Esq. |
| 227 Penn Avenue | Chelsea A. Biemiller, Esq. |
| Scranton, PA 18503 | 2005 Market Street, Suite 2600 |
| Telephone: 570-983-3862 | Philadelphia, PA 19103 |
| E-mail: jmulcahey@munley.com | Telephone: 215-564-800 |
| | E-mail: jlutsky@stradley.com; cbiemiller@stradley.com |
| Attorneys for Plaintiff, Christopher McNaughton | Attorneys for Defendants, UnitedHealthcare Insurance Company and United Healthcare, Inc. |

IT IS SO ORDERED, this 18th day of October, 2021.

/s/ MICHAEL M. BAYLSON

_____

MICHAEL M. BAYLSON, J.

5336607