**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER MCNAUGHTON,** *A PENNSYLVANIA CITIZEN*<br><br>v.<br><br>**UNITED HEALTHCARE INSURANCE COMPANY,** *A CONNECTICUT CORP.* **& UNITED HEALTHCARE, INC.,** *A DELAWARE CORP.* | **CIVIL ACTION**<br><br>**NO. 21-3802**<br><br>**DATE OF NOTICE: November 8, 2021** |

<u>**NOTICE**</u>

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Wednesday, November 17, 2021 at 11:30 a.m.** with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

Attached is a Conference Information Report which you are required to complete and forward to the Court (no cover letter needed) **at least two days prior** to the conference.  Do not have this Report docketed.  Also attached is the Court's Pretrial and Trial Procedures.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference.  The conference will be continued to another date only if no attorney familiar with the case is available.

s/ Amanda Frazier

_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520

Attachments
O:\CIVIL 21\21-3802 McNaughton v. United Healthcare Insurance Co\21cv3802 PPTC Notice.doc