IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, and<br>UNITED HEALTHCARE, INC.,<br><br>Defendants | CIVIL ACTION<br><br>Case No.: 2:21-cv-03802-MMB<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Katie Nealon, Esquire, as counsel of record for Plaintiff, Christopher McNaughton, in the above captioned action.

                                MUNLEY LAW, P.C.

                                By: *s/ Katie Nealon*
                                   Katie Nealon, Esq.
                                   Attorney for Plaintiff
                                   Super Ct ID # 317965

The Forum Plaza - 227 Penn Avenue
Scranton, Pa 18503
570-346-7401