IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTOPHER MCNAUGHTON, *A PENNSYLVANIA CITIZEN*<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, *A CONNECTICUT CORP.* & UNITED HEALTHCARE, INC., *A DELAWARE CORP.* | CIVIL ACTION<br><br>NO. 21-3802 |
|---|---|

## SCHEDULING ORDER

**AND NOW**, this 17th day of November, 2021, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline:     7/15/2022     .

2. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiff:     5/16/2022     .

    Defendant:     6/15/2022     .

3. Magistrate Judge David Strawbridge will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference.

4. Deadline for dispositive motions:     8/18/2022     .

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:     9/1/2022     .

    Defendant:     9/15/2022     .

6. Date for trial or entry into trial pool:     10/03/2022     .

    The parties shall follow Judge Baylson's pretrial and trial procedures.

                                                     **BY THE COURT:**

                                                     **/s/ MICHAEL M. BAYLSON**

                                                     **MICHAEL M. BAYLSON, U.S.D.J.**