**Munley Law PC**
**227 Penn Avenue**
**Scranton, PA  18503**
**570-346-7401**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, | CIVIL ACTION |
| Plaintiff, | Case No.:  2:21-cv-03802-MMB |
| vs. | **JURY TRIAL DEMANDED** |
| UNITEDHEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE, INC., | |
| Defendants | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURTS:

Please withdraw my appearance on behalf of the plaintiff.

    MUNLEY LAW PC

    BY:  /s/ *Marion Munley*____
    Marion Munley – ID 46957
    mmunley@munley.com