IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTOPHER MCNAUGHTON<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEATHCARE, INC. | CIVIL ACTION<br><br>No. 21-3802 |
|---|---|

### ORDER RE: PETITION FOR LEAVE TO WITHDRAW APPEARANCE

**AND NOW**, on this 24th day of March, 2022, upon consideration of the Petition of the Law Offices of Scott Glovsky for Leave to Withdraw Appearance (Doc. No. 26), and with the representation that the Plaintiff does not oppose the Petition, it is **ORDERED** that the Petition is **GRANTED**.

It is further **ORDERED** that this case shall be **STAYED** for sixty (60) days to allow Plaintiff additional time to obtain new counsel.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-3802 McNaughton v. United Healthcare Insurance Co\21cv3802 Order re Petition for Leave to Withdraw Appearance.docx