IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER MCNAUGHTON,** *A PENNSYLVANIA CITIZEN*<br><br>v.<br><br>**UNITED HEALTHCARE INSURANCE COMPANY,** *A CONNECTICUT CORP.* **& UNITED HEALTHCARE, INC.,** *A DELAWARE CORP.* | **CIVIL ACTION**<br><br>**NO. 21-3802**<br><br>**DATE OF NOTICE: April 21, 2022** |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE RE: MOTION TO COMPEL (DOC. NO. 36)** will be held by telephone on **April 25, 2022 at 11:00 a.m.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

s/ Amanda Frazier

Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 21\21-3802 McNaughton v. United Healthcare Insurance Co\21cv3802 TC Re Motion to Compel.doc