# EXHIBIT "D"



Medical Review Institute of America, LLC
America's External Review Network

May 24, 2021

TO: VICTORIA KAVANAUGH
PHCS (UNITEDHEALTHCARE) STUDENT RESOURCES

Patient Name: MCNAUGHTON, CHRISTOPHER
Insured Name: MCNAUGHTON, CHRISTOPHER
Policy Number: 20-3694-01
Case Number: 4477344.1
Specialty: Gastroenterology

**Records Reviewed:**
Client notes
United Healthcare medical policy - Entyvio
United Healthcare medical policy - Infliximab
05/19/21 Letter of medical necessity
05/20/21 Review form
05/12/21 Prior MRIoA report
Client notes
05/04/21 Prior MRIoA report
Undated Treatment summary
03/19/18 Office visit
03/20/18 Office visit
09/28/19 Office visit

**Review Request:**
Member has been denied Entyvio 600mg every four weeks and Remicade 20mg/kg every four weeks for criteria unmet.

If criteria is unmet is it medically necessary for the member to continue to receive Entyvio 600mg every four weeks with Remicade 20mg/kg every four weeks?
a.   If Yes: rationale needed
b.   If No: rationale needed.

**Brief Summary of Treatment/Case History:**
The enrollee is a 29-year-old male (born on 06/11/91) with refractory Ulcerative Colitis and chronic corticosteroid therapy complicated by adrenal insufficiency and osteopenia. He has failed mesalamine, sulfasalazine, Remicade 5 mg/kg every 8 weeks (started in 2014),

2875 S. Decker Lake Drive #300, Salt Lake City, UT 84119 / PO Box 25547 Salt Lake City, UT 84125-0547
(801) 261-3003 (800) 654-2422 FAX (801) 261-3189 TDD/TTY 1-800-346-4128
www.mrioa.com A URAC & NCQA Accredited Company

MRIOA200319

Simponi, Entyvio, methotrexate, azathioprine, tacrolimus, Humira, Remicade 5 mg/kg every 4 weeks (in 2017), Remicade 10 mg/kg every 4 weeks, and Remicade 15 mg/kg every 4 weeks. He had been increased to Entyvio 300 mg every 4 weeks by March 2018. He was corticosteroid-dependent (high-dose prednisone) for 5 years, and is now in remission on Entyvio, Remicade 20 mg/kg every 4 weeks (started in October 2018), azathioprine, Lialda, sulfasalazine, mesalamine suppositories, and budesonide foam. He has failed standard doses. The coverage is requested for Remicade 20 mg/kg every 4 weeks and Entyvio 600 mg every 4 weeks.

**Conclusion:**
Member has been denied Entyvio 600mg every four weeks and Remicade 20mg/kg every four weeks for criteria unmet.

If criteria is unmet is it medically necessary for the member to continue to receive Entyvio 600mg every four weeks with Remicade 20mg/kg every four weeks?

a.   If Yes: rationale needed

Yes, the requested continuation of Entyvio 600 mg every four weeks and Remicade 20 mg/kg every four weeks is medically necessary.

The request for Remicade 20 mg/kg every 4 weeks and Entyvio 600 mg every 4 weeks for the treatment of Ulcerative Colitis is supported based on clinical circumstances unique to this patient. His disease is significantly severe, with diagnosis at a young age; he has failed every biologic medication class recommended by guidelines [1]. Therefore, guidelines can no longer be applied in this case. Several studies have assessed the use of two biologic medication classes together [2-7]. In aggregate, no significant safety issues were reported, and the therapy was broadly successful [2-7]. Entyvio's mode of action is specific to the gastrointestinal tract and different from Remicade [8,9]. Remicade is FDA-approved and recommended for the treatment of Ulcerative Colitis; increased doses are commonly required during maintenance therapy with infliximab, and can be effective [10,11]. The Phase III ACT-2 trial of infliximab for Ulcerative Colitis showed higher response at week 8 with 10 mg/kg dosing [11]. Specifically, this Phase III randomized double-blind placebo-controlled trial demonstrated 69% rate of remission at 8 weeks with infusion of 10 mg/kg, rather than 64% with infusion of 5 mg/kg. Other large studies have shown that response can be recovered in a majority of cases with increase of dose [12,13]. American College of Gastroenterology guidelines for management of Ulcerative Colitis support increase in Remicade dosage in patients with uncontrolled disease [14,15]. The guidelines state that "some patients with an initial response to 5 mg/kg in whom the benefit is attenuated after multiple doses may benefit from dose escalation, or shortening dosing intervals, or both". On the current doses of Remicade and Entyvio, the enrollee is in remission; lower doses have failed. In this case, decrease in dose of either Entyvio or Remicade (or a discontinuation of either) can result in a lack of effective therapy of Ulcerative Colitis, with complications of uncontrolled disease (including dysplasia leading to colorectal cancer), flare, hospitalization, need for surgery, and toxic megacolon.

b.   If No: rationale needed.

Not applicable.

**Decision Support:**
Rubin DT, Ananthakrishnan AN, Siegel CA, Sauer BG, Long MD. ACG Clinical Guideline: Ulcerative Colitis in Adults. Am J Gastroenterol 2019;114:384-413.

Shim HH, Chan PW, Chuah SW, Schwender BJ, Kong SC, Ling KL. A review of vedolizumab and ustekinumab for the treatment of inflammatory bowel diseases. JGH Open. 2018;2(5):223-234. Published 2018 Jun 20.

Liu EY, Loomes DE. Ustekinumab and Vedolizumab Dual Biologic Therapy in the Treatment of Crohn's Disease. Case Rep Med. 2017;2017:5264216.

Ribaldone DG, Pellicano R, Vernero M, et al. Dual biological therapy with anti-TNF, vedolizumab or ustekinumab in inflammatory bowel disease: a systematic review with pool analysis. Scand J Gastroenterol. 2019;54(4):407-413.

Mao EJ, Lewin S, Terdiman JP, Beck K. Safety of dual biological therapy in Crohn's disease: a case series of vedolizumab in combination with other biologics. BMJ Open Gastroenterol. 2018;5(1):e000243. Published 2018 Nov 9.

Glassner K, Oglat A, Duran A, et al. The use of combination biological or small molecule therapy in inflammatory bowel disease: A retrospective cohort study. J Dig Dis. 2020;21(5):264-271.

Elmoursi A, Barrett TA, Perry C. Double Biologic Therapy for Refractory Stricturing Crohn's Disease: A Successful Case of Deep Remission with Ustekinumab and Vedolizumab. Inflamm Bowel Dis. 2020 Jun 18;26(7):e62-e63.

Entyvio (R) [package insert]. Deerfield, IL: Takeda Pharmaceuticals Inc; Jan 2019.

Remicade (R) [package insert]. Horsham, PA: Janssen Biotech Inc; June 2018.

Gibson DJ, Heetun ZS, Redmond CE, et al. An accelerated infliximab induction regimen reduces the need for early colectomy in patients with acute severe ulcerative colitis. Clin Gastroenterol Hepatol. 2015 Feb;13(2):330-335.

Remicade (R) [package insert]. Horsham, PA: Janssen Biotech Inc; June 2018.

Dumitrescu G, Amiot A, Seksik P, et al. The outcome of infliximab dose doubling in 157 patients with ulcerative colitis after loss of response to infliximab. Aliment Pharmacol Ther. 2015 Nov;42(10):1192-9.

Reinisch W, Sandborn WJ, Rutgeerts P, et al. Long-term infliximab maintenance therapy for ulcerative colitis: the ACT-1 and -2 extension studies. Inflamm Bowel Dis. 2012 Feb;18(2):201-11.

Rubin DT, Ananthakrishnan AN, Siegel CA, Sauer BG, Long MD. ACG Clinical Guideline: Ulcerative Colitis in Adults. Am J Gastroenterol 2019;114:384-413.

Feuerstein JD, Nguyen GC, Kupfer SS, et al. American Gastroenterological Association Institute Guideline on Therapeutic Drug Monitoring in Inflammatory Bowel Disease. Gastroenterology. 2017 Sep;153(3):827-834.

United Healthcare medical policy - Entyvio

United Healthcare medical policy - Infliximab

Although some references are greater than 5 years old, they are clinically relevant and standard of care.

**Reviewer Code:** 4517
**Reviewer Curriculum Vitae:**
This physician reviewer is board certified by the American Board of Internal Medicine in General Internal Medicine and Gastroenterology. This physician reviewer is a member of the American Society of Gastrointestinal Endoscopy and the American Pancreatic Association. This physician has been in active practice since 2007.

**CONFLICT OF INTEREST STATEMENT:**

2875 S. Decker Lake Drive #300, Salt Lake City, UT 84119 / PO Box 25547 Salt Lake City, UT 84125-0547
(801) 261-3003 (800) 654-2422 FAX (801) 261-3189 TDD/TTY 1-800-346-4128
www.mrioa.com A URAC & NCQA Accredited Company

MRIOA200321

This reviewer hereby certifies that he/she:

- Declares, under penalty of perjury, that the information contained in this report and its attachments, if any, is true and correct to the best of his/her knowledge and belief, except as to information that he/she has indicated was received from others. As to that information, this report accurately describes the information provided to him/her.
- Does not accept compensation for review activities that is dependent in any way on the specific outcome of the case;
- To the best of his/her knowledge, was not involved with the specific episode of care prior to referral of the case for review;
- To the best of his/her knowledge, has not had any prior involvement in the denial/appeal process for the case, regardless of whether the involvement was on behalf of MRIoA or any other peer review vendor;
- Has the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review; and
- Has current, relevant experience and/or knowledge to render a determination for the case under the review;
- Does not have a material, familial, or financial conflict of interest regarding the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure, or other therapy being recommended for the covered person whose treatment is the subject of the review;
- Was located in a state or territory of the United States when conducting this review

The written opinions conveyed herein represent the opinions of the physician reviewers and clinical advisors who reviewed the case. These case review opinions are provided pursuant to the recipient's request and in good faith, based on the medical records and information submitted to such reviewers for review, the published scientific medical literature, and other relevant information such as that available through federal agencies, institutes and professional associations. Medical Review Institute of America, Inc. ("MRIoA") assumes no liability for the opinions of its contracted physicians and/or clinician advisors unless MRIoA has expressly accepted the risk of any such liability through a written contract with the health plan, organization or other party authorizing this case review. The health plan, organization or other party has requested and authorized this case review and MRIoA and its contracted physicians and/or clinician advisors have provided this case review pursuant to that request and authorization. The health plan, organization or other party authorizing this case review agrees to hold MRIoA harmless for any and all claims which may arise as a result of this case review. Unless otherwise expressly agreed in writing, the health plan, organization or other third party requesting or authorizing this review is responsible for policy interpretation, the final determination made regarding coverage, actual provision of coverage where applicable and/or eligibility for this case, and providing written notice of its determination to the patient/enrollee or their authorized representative and/or their treating provider, which shall include any information required by state and/or federal regulations.

*[Signature]*

Reviewer: NITIN KUMAR, MD
Specialty: GASTROENTEROLOGY
License #: IL 036134693 Exp: 7/31/2023

Case Analyst: Brandon ext 6701