IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MCNAUGHTON, | CIVIL ACTION |
| Plaintiff, | Case No.: 2:21-cv-03802-MMB |
| v. | |
| UNITEDHEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

*/s/ Jonathan M. Gesk*  
Jonathan M. Gesk, Esquire  
Counsel for Plaintiff

*/s/ Jeffrey A. Lutsky*  
Jeffrey A. Lutsky, Esquire  
Counsel for Defendants

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2023, I caused a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice to be filed with the Court's ECF system, which constitutes service upon all counsel of record.

*s/ Jonathan M. Gesk*
Jonathan M. Gesk, Esquire